IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| CHERYL L. McMAHAN, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 04-3190-CV-S-SWH-SSA |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) |
| Defendant. | ) |

**ORDER**

On Tuesday, June 9, 2005, a hearing was held on the Plaintiff's Social Security Brief (doc. # 12) and Defendant's Brief in Support of the Administrative Decision and in Reply to Plaintiff's Brief (doc. # 13). For the reasons stated at the conclusion of the hearing,[1] it is

ORDERED that this case is reversed and remanded to the Social Security Administration pursuant to 42 U.S.C. § 405(g), sentence 4, for development of an adequate record in accordance with the decision of the Court as set forth at the conclusion of the hearing; and it is further

ORDERED that the Commissioner shall obtain from the court reporter a copy of my oral order so that the Commissioner will know on what basis this case was remanded; and it is further

ORDERED that the Commissioner is directed to use her best efforts to complete the review within 180 days.

                    /s/ *Sarah W. Hays*
                    SARAH W. HAYS
                    UNITED STATES MAGISTRATE JUDGE

---

[1] The Court's statements at the conclusion of the argument concerning its reasons for reversing the decision of the Commissioner have been typed and made a part of the record.